LEBANON VALLEY INSURANCE CO.

v.

FLAXMAN, B.

352 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

No. 2015–01589 (Montgomery)

Affirmed

GILLEY, D.

v.

WOLOSZYN, A.

437 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

Reargument Denied 5/16/2017

May Term, 2014, 1405–02943 (Philadelphia)

Affirmed

.COM.

v.

HICKS, M.

510 EDA 2016

Superior Court of Pennsylvania.

Filed 03/29/2017

CP–39–CR–0005692–2014 (Lehigh)

Affirmed

COM.

v.

HARVEY, G.

705 EDA 2016

Superior Court of Pennsylvania.

Filed 03/29/2017

Reargument Denied 5/11/2017

CP–51–CR–0009209–2014 (Philadelphia)

Affirmed/Vacated/Remanded

COM.

v.

RODRIGUEZ, L.

720 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0000744–2014 (Philadelphia)

Affirmed